THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DANIEL B. WOODEN, Appellant.

*People* v. *Wooden,* 140 App. Div. 938, appeal dismissed.
(Submitted October 28, 1912; decided October 29, 1912.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 21, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover a penalty for the sale of adulterated milk.

The motion was made upon the ground of failure to prosecute the appeal.

*Thomas Carmody, Attorney-General,* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

FREDERICK WHITTLESEY, as Trustee of the Estate of RALPH S. BEVINS et al., as Copartners, Bankrupts, Appellant, *v.* PHILIP BECKER & COMPANY, Respondent, Impleaded with Another.

*Whittlesey* v. *Becker & Co.,* 148 App. Div. 899, affirmed.
(Argued October 16, 1912; decided November 1, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 7, 1911, affirming a judgment in favor of defendant, entered, after setting off a judgment in favor of plaintiff directed by the court at a Trial Term without a jury, in an action for conversion.

*Eugene M. Bartlett* and *Clinton T. Horton* for appellant.

*W. C. Carroll* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Absent: HISCOCK, J.